OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

March 11, 2005

Mary E. D'Andrea, Clerk
Untied States District Court
P.O. Box 983
Harrisburg, PA 17108-0983

                    Re:  USA v. Joseph Viggiano
                        (M.D. Pa. No. 1:00-cr-00338-YK-2)

Dear Ms. D'Andrea:

      Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached application for issuance of a certificate of appealability which should be construed as a notice of appeal which was apparently filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  The notice was placed in the prison mail system on March 8, 2005.

      This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

      It is noted that the District Court stated a certificate of appealability will not issue.  Once the appeal has been received by this Court, Mr. Viggiano's document will be docketed as a request for a certificate of appealability in the Court of Appeals.

      Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

      Thank you for your assistance in this matter.

USA v. Viggiano
Page Two

                                        Very truly yours,

                                        Marcia M. Waldron, Clerk

                                  By:  /s/ Gayle Burr
                                          Gayle Burr
                                          Legal Assistant

Enclosure
cc:  Mr. Joseph Viggiano (w/out enclosure)
     Reg. No. 10590-067
     P.O. Box 1000
     Milan, MI  48160

     Gordon A. Zubrod, Esq. (w/out enclosure)
     Office of United States Attorney
     228 Walnut Street, Room 217
     Harrisburg, PA  17108

     Peter W. Lamberton, Esq.  (w/out enclosure)
     Federal Trade Commission
     600 Pennsylvania Avenue, N.W.
     Room 238
     Washington, DC  20580