PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 1:CR-00-338-01 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 06-CR-491 (CM) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Larry Williams | Middle District of Pennsylvania | Harrisburg |
| | NAME OF SENTENCING JUDGE | |
| | HONORABLE YVETTE KANE | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 04/18/04 — TO 04/17/07 |

**OFFENSE**

Conspiracy to Commit Mail and Wire Fraud, 18 U.S.C. 371

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "MIDDLE DISTRICT OF PENNSYLVANIA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/2/06
_____                    _____
Date                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
HARRISBURG
JUN 19 2006
MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

6/14/06
_____                    _____
Effective Date                                      United States District Judge