UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 983
228 Walnut Street
Harrisburg, PA   17108

June 21, 2006

COURT TRANSFERRED TO:  **Southern District of New York**

RE:   1:00-CR-0338-01   USA v. Larry Williams
                       Judge Yvette Kane

**FILED**
HARRISBURG, PA

JUL  3 2006

MARY E. D'ANDREA, CLERK
Per _____

Dear Sir/Madam:

   Pursuant to Judge Yvette Kane's Order dated 6/2/06 and your Court's Order dated 6/14/06, this case was transferred to the Souther District of New York. I am enclosing the certified copies of the docket, judgement, and this Court's transfer order.

   Kindly acknowledge receipt of the file on the copy of the letter provided. Thank you for your assistance in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Kevin J. Neary
Deputy Clerk

RECEIPT

Acknowledge receipt of above on this 29th day of June.

Signed: _____

CASE NO. ASSIGNED: 06CR 491 (CM)